UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENECA INSURANCE COMPANY, INC.,**<br><br>PLAINTIFF,<br><br>V.<br><br>**CYBERNET ENTERTAINMENT, LLC, ET AL.,**<br><br>DEFENDANTS. | **CASE NO.** 16-cv-06554-YGR<br><br>**ORDER RE: NOTICE OF PENDENCY OF OTHER ACTION**<br><br>**DKT. NO. 28** |

The Court has reviewed the Notice of Pendency of Other Action or Proceeding (Dkt. No. 28) filed by defendants Cybernet Entertainment, LLC, Kink Studios, LLC, Armory Studios, LLC, and Peter Acworth. Based upon the representations therein, and the allegations of the complaint, plaintiff appears to have established federal diversity jurisdiction. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("LLC is a citizen of every state of which its owners/members are citizens"); *Siloam Springs Hotel, LLC v. Century Surety Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015) (rejecting determination of LLC's citizenship by "reference to its state of organization… and, instead, join[ing] all other circuits that have considered the matter in concluding [LLC] takes the citizenship of all its members")

**IT IS SO ORDERED.**

Dated: March 3, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**