1  William D. Naeve (SBN 92270)
     wnaeve@murchisonlaw.com
2  Bryan M. Weiss (SBN 128679)
     bweiss@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   275 Battery Street, Suite 850
4  San Francisco, California 94111
   Telephone: (415) 524-4300
5  Facsimile: (415) 391-2058

6  Attorneys for Plaintiff,
   SENECA INSURANCE COMPANY, INC.
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  SENECA INSURANCE COMPANY,        CASE NO. 4:16-CV-06554 YGR
    INC.,
13                                   **STIPULATION AND [PROPOSED]**
              Plaintiff,             **ORDER OF DISMISSAL**
14
        vs.
15
    CYBERNET ENTERTAINMENT,
16  LLC; KINK STUDIOS, LLC;          Hearing Date: December 14, 2018
    ARMORY STUDIOS, LLC; PETER       Time:          9:01 am
17  ACWORTH, AN INDIVIDUAL;          Courtroom:     1
    HOGAN KARL, AN INDIVIDUAL;       Judge:         Hon. Yvonne Gonzalez
18  JOSHUA CHATTERLEY, AN                           Rogers
    INDIVIDUAL;  CHRIS CORRIGAN,     Trial Date:    None set
19  AN INDIVIDUAL; SARA DIERDORF
    CORRIGAN, AN INDIVIDUAL;
20  JOSHUA RODGERS, AN
    INDIVIDUAL; AND CAMERON
21  ADAMS, AN INDIVIDUAL,

22            Defendants.

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

## STIPULATION

Plaintiff Seneca Insurance Company, though its counsel, and defendants Cybernet Entertainment, LLC; Kink Studios, LLC; Armory Studios, LLC; and Peter Acworth ("Cybernet Defendants") through their counsel, stipulate as follows:

1. This coverage action by Seneca arises out of three underlying actions filed in the San Francisco Superior Court: *Joshua Rodgers v. Kink Com., etc., et al.*; identified as case no. CGC-15-547036 ("*Rodgers*"); *Cameron Adams v. Kink, etc., et al.;* identified as case no. CGC-15-547035 (*"Adams"*); and *John Doe v. Kink Com., etc., et al.*; identified as case no. CGC-15-545540 ("*Doe*"). All three underlying actions have settled.

2. The parties agree that Seneca's present action against the Cybernet Defendants should be dismissed with prejudice, under Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3.     Regarding Cybernet's third-party action against State Compensation Insurance Fund, this Court earlier issued a final judgment in favor of State Fund under F.R.Civ. P. Rule 54(b).  That judgment has been appealed to the U.S. Court of Appeals for the Ninth Circuit, has been fully briefed, and currently awaits argument and decision.

**IT IS SO STIPULATED.**

NIELSEN, HALEY & ABBOTT LLP

By: _____ /s/ Christine Young _____

James C. Nielsen
Christine Young
Attorneys for Defendants
CYBERNET ENTERTAINMENT, LLC; KINK STUDIOS, LLC; ARMORY STUDIOS, LLC; AND PETER ACWORTH and for Third Party Plaintiff CYBERNET ENTERTAINMENT, LLC

MURCHISON & CUMMING, LLP

By: _____ /s/ Bryan M. Weiss _____

Bryan M. Weiss
Attorneys for Plaintiff
SENECA INSURANCE COMPANY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 12, 2018

Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge